## Commonwealth *v.* Tunnell, Appellant.

Submitted June 16, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court is reversed, and the record remanded for appointment of counsel to represent appellant in his pursuit of relief under the Post Conviction Hearing Act. See *Commonwealth v. Smith,* 459 Pa. 583, 330 A.3d 851 (1975); *Commonwealth v. Jones,* 236 Pa. Superior Ct. 145, 344 A.2d 504 (1975).

## Commonwealth, Appellant, *v.* Wall.

Submitted November 17, 1975. *Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *Lester G. Nauhaus* and *David O'Hanesian,* Trial Defenders, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellee.

Order affirmed.

SPAETH, J., would quash the appeal.